**514**

GRAVES, Presiding Judge.

The offense is rape. The punishment assessed is confinement in the state penitentiary for five years.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. Therefore no question is presented for review.

The judgment is affirmed.

influence of intoxicating liquor; the punishment assessed is a fine of $100.00.

The record is before us without a statement of facts and bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.

## WILLIAMS v. STATE.
### No. 25577.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

Rehearing Denied Jan. 9, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The offense is operating a motor vehicle upon a public highway while under the

## HAYTER v. STATE.
### No. 25576.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

Rehearing Denied Jan. 9, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment assessed is a fine of $100.00.